1  Shaun H. Crosner (SBN 259065)
   SCrosner@McGuireWoods.com
2  L. Noelle Malindzak (SBN 335622)
3  NMalindzak@McGuireWoods.com
4  McGuireWoods LLP
   1800 Century Park East, 8th Floor
5  Los Angeles, CA 90067-1501
   Telephone: (310) 315-8200
6  Facsimile: (310) 315-8210
7
8  Attorneys for Plaintiffs
   and Counter-Defendants
9

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL MEDICAL DEVICES, INC., JAMES J. ELIST, M.D., A MEDICAL CORPORATION, DR. JAMES ELIST; and MENOVA INTERNATIONAL, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY, ADMIRAL INSURANCE COMPANY<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:24-cv-01915-PA-E<br><br>Assigned to the Hon. Percy Anderson<br><br>**JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><br>Complaint Filed on March 8, 2024<br><br>First Amended Complaint Filed on April 16, 2024 |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Plaintiffs International Medical Devices, Inc., James J. Elist, M.D., a Medical Corporation ("Elist Medical"), Dr. James Elist ("Dr. Elist"), and Menova International, Inc. (collectively, "Plaintiffs") and Defendants James River Insurance Company ("James River") and Admiral Insurance Company ("Admiral"), acting by and through their undersigned counsel, hereby jointly stipulate and agree to dismissal, without prejudice and without the award of fees or costs to any party, of (i) all claims against James River and Admiral alleged in Plaintiffs' operative complaint; (ii) all claims against Plaintiffs alleged in James River's operative counterclaim; and (iii) all claims against Dr. Elist and Elist Medical alleged in Admiral's operative counterclaim.

Pursuant to the above stipulation, the parties respectfully request an order from this Court pursuant to Federal Rule of Civil Procedure 41(a)(2) entering their stipulated voluntary dismissal without prejudice.

DATED: September 16, 2024         MCGUIREWOODS LLP

                                  By: */s/ L. Noelle Malindzak*
                                  Shaun H. Crosner
                                  L. Noelle Malindzak

                                  Attorneys for Plaintiffs


DATED: September 16, 2024         DUANE MORRIS LLP

                                  By: */s/ Richard D. Hoffman*
                                  Richard D. Hoffman
                                  Timothy J. Witczak

                                  Attorneys for Defendant Admiral Insurance Co.

2
**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

| | |
|---|---|
| DATED: September 16, 2024 | SHEPPARD MULLIN, RICHTER & HAMPTON, LLP |
| | By: */s/ Andrea S. Warren*<br>Jeffrey V. Commisso<br>Benjamin D. Brooks<br>Andrea S. Warren |
| | Attorneys for Defendant James River |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

## **ATTESTATION**

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 16, 2024            */s/  L. Noelle Malindzak*
                                     L. Noelle Malindzak
                                     Attorney for Plaintiffs

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**