JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL MEDICAL DEVICES, INC., JAMES J. ELIST, M.D., A MEDICAL CORPORATION, DR. JAMES ELIST; and MENOVA INTERNATIONAL, INC.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>JAMES RIVER INSURANCE COMPANY, ADMIRAL INSURANCE COMPANY<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:24-cv-01915-PA-E<br><br>Assigned to the Hon. Percy Anderson<br><br>**ORDER ENTERING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br><br>Complaint Filed on March 8, 2024<br><br>First Amended Complaint Filed on April 16, 2024 |

---

**[PROPOSED] ORDER ENTERING VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

|   |   |
|---|---|
| 1 | Based on the Court's review and consideration of the Joint Stipulation Requesting Voluntary Dismissal Without Prejudice filed by Plaintiffs International Medical Devices, Inc., James J. Elist, M.D., a Medical Corporation ("Elist Medical"), Dr. James Elist ("Dr. Elist"), and Menova International, Inc. (collectively, "Plaintiffs") and Defendants James River Insurance Company ("James River") and Admiral Insurance Company ("Admiral"), and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that (i) all claims against James River and Admiral alleged in Plaintiffs' operative complaint; (ii) all claims against Plaintiffs alleged in James River's operative counterclaim; and (iii) all claims against Dr. Elist and Elist Medical alleged in Admiral's operative counterclaim are **DISMISSED without prejudice** and without an award of fees or costs to either party. |

**IT IS SO ORDERED.**

Dated: September 17, 2024

_____
PERCY ANDERSON
United States District Judge